# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS-9 | 9157576 | WHIMBUSH | B218 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 04/09/2021  8:15 P.M. | 18 USC SECTION 111 |

**Place of Offense:** HARBOR DRIVE ANNEX NAVAL BASE POINT LOMA

**Offense Description: Factual Basis for Charge**  HAZMAT ☐
ASSAULTING, RESISTING, OR IMPEDING CERTAIN OFFICERS OR EMPLOYEES.

### DEFENDANT INFORMATION
**Last Name:** BAKER   **First:** ERIKA   **MI:** L.

**Street Address:** [redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | | N/A |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 333 WEST BROADWAY, SAN DIEGO, CA 92101

X Defendant Signature: [signed]

Original - CVB Copy

*9157576*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 4/9/21, 20 21 while exercising my duties as a law enforcement officer in the _____ District of _____

During my questioning of BAKER she decided to run. Once I caught up with her she turned around swinging connecting with my face on April 9, 2021 (Assault case # 21416259000 29) Assault on an officer.

The foregoing statement is based upon:
☒ my personal observation     ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/09/2021   Officer's Signature: [signed] WHIMBUSH

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

CVB SCAN 06/22/2021 12:49